# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147992

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH EARL GIBBS,
      Defendant-Appellant.

SC: 147992
COA: 316226
Saginaw CC: 85-006709-FC

_____/

     On order of the Court, the application for leave to appeal the October 3, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



p0324

Clerk